AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

__DORIAN WAINER__
Plaintiff

v.

__Paul Swierzbinski__
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-85

I, __DORIAN WAINER__ declare that I am the (check appropriate box)

• • (Petitioner/Plaintiff/Movant)   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

[FILED FEB 15 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE stamp]

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • (Yes)   • • No   (If "No" go to Question)

   If "YES" state the place of your incarceration __MCCC 300 [illegible] west water St, dover DE 19904__

   Inmate Identification Number (Required): __00474316__

   Are you employed at the institution? __no__  Do you receive any payment from the institution? __no__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Currently on disability for high Blood Pressure__
   __1996, 97 300 Belwell St Augustine fl. BellSouth__

3. In the past 12 twelve months have you received any money from any of the following sources? __and diabetes type 2__

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • No |
   | b. | Rent payments, interest or dividends | • • Yes | • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • No |
   | d. | Disability or workers compensation payments | • • Yes | • No |
   | e. | Gifts or inheritances | • • Yes | • No |
   | f. | Any other sources | • • Yes | • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ·· Yes   ·(No)

    If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ·· Yes   ·(No)

    If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.



2-12-2007
DATE

_Dorian Blainer_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Individual Statement

From 1/1/2004 To 1/22/2007

NAME  WAINER, DORIAN
ACCOUNT ID  00474316
DORM  CVO

| | Original Balance | | | $0.00 |
|---|---|---|---|---|
| TRANSACTION | DEPOSIT (OR WITHDRAWAL) AMOUNT | RECEIPT | PAY TO | |

COMMENTS: DP ON 0122 S/B FR 11/16 MISSED

**Transactions For: 11/16/2006**

| Check | $93.70 | | DCC | |
|---|---|---|---|---|
| | | | Balance As Of: 11/16/2006 | $93.70 |

**Transactions For: 01/19/2007**

| Court | ($93.70) | KTSC 03040449 | | |
|---|---|---|---|---|
| | | | Balance As Of: 1/19/2007 | $0.00 |

**Transactions For: 01/22/2007**

| Court | ($170.00) | KTSC #03-04-0449 | | |
|---|---|---|---|---|
| Money Order | $170.00 | | OLEY ARNOLD | |

*An official receipt for your payments will be coming from the courts. Thank you. Ms Windy*