(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _DORIAN WAINER  00474316_
(Name of Plaintiff)        (Inmate Number)

_300 West Water Street Dover DE 19904_
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Paul Sweirzbinski - Attorney_

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Case Number: 07-85
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

**YES** • • Jury Trial Requested

BD scanned IFP

FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and number, including year, as well as the name of the judicial officer to whom it was assigned:

I sued Sheriff Neil Perry Sheriff of St. Johns County St. Augustine Florida, settled out of court federal Court in Jacksonville Florida 2002

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   ••Yes   ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   •(Yes)   ••No

C. If your answer to "B" is Yes:

1. What steps did you take? _filed 7 motions to dismiss counsel and motion to appoint counsel_

2. What was the result? _All denied_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Paul Swierzbinski_

Employed as _Public Defender Office_ at _Dover DE. Sykes Building_

Mailing address with zip code: _45 Sykes Building Dover Delaware 19901_

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

Note: Court, this contains no legal arguments or citations, just Professionlism, attorney rules of Conduct

1. Attorney: Paul Swierzbinski of Dover Delaware Public defender Office violated under Professional Conduct rules 2.1 advisor Paul Swierzbinski did not refer to relevant moral and ethical considerations in giving advice. P. Swierzbinski did not in representing as his client did not exercise independent Professional judgment or render candid advice. But had complete fall outs in his office until we almost had a complete fall outs in his office until we almost had a fight on many occasions. In fact this is why 5-7 motions to dismiss him as my counsel which in this case is adequate. Refering to Aug 13, 2003 in office visit with Swierzbinski he covertly stated that he was not going to legally do his legal best; He said hire a private lawyer

Continued

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. 10,000 dollars for mental anguish

3

2. 10,000 dollars for pain and suffering

3. 1500 dollars a day for incarceration = total 1,642,500 one million six hundred thousand, forty two thousand, two thousand five hundred. I would of not been incarcerated on this case or suspended time of this same case if it was not for Paul Swierzbinski this is why I filed and also having consultations with private attorney Benjaman Schwartz and other attorney's about this case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of February, 2007.

_Dorian Blaine_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## CONTINUED IV. STATEMENT OF CLAIM

Also Swierzbinski stated he was not going to do any motions, or anything I requested P. Swierzbinski an I never had a complete client attorney visit Aug 13, 2003, was the only consultation the entire time I was on Bond 7 months, after showing me his case log file which was covering his complete office desk, Swierzbinski then said I do not have time for your case. After this incident I filed 7 motions to disqualify Counsel and 1 Supression Motion all denied; The yelling and screaming, continued through each case review an this violates Rule 1.4 because their was no reasonable communications between P. Swierzbinski an me just verbal fighting an almost a physical fight, again this happened through my entire proceedings.

But it is necessary for client to effectively to participate in the representation, in this case there were none. This case was not properly investigated out of P. Swierzbinski mouth he ~~should~~ stated he did not have time for my case, he should of stepped down as my attorney this is why I am seeking relief because the ethical Professional Conduct Rules were broken.

Orion Blaine
300 West Water Street
Dover, Delaware 19904

Federal Mail

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR THIS INCURRED OR FOR THE CONTENTS OF THE LETTER

WILMINGTON DE 197
14 FEB 2007 PM 3 T

Federal Clerk Office
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware 19801