



Dorian Wainer
SBI# 474316
Morris Community Correctional Center
300 Water Street
Dover, DE 19901

# Utility Events

1:07-cv-00085-UNA Wainer v. Sweirzbinski
PaperDocuments

*up scanned*

**FILED**
**MAR 1 4 2007**
U.S. DIST... ...URT
DISTRICT O... ...WARE

**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 2/21/2007 at 4:06 PM EST and filed on 2/21/2007
**Case Name:**         Wainer v. Sweirzbinski
**Case Number:**       1:07-cv-85
**Filer:**
**Document Number:** 4

**Docket Text:**
[1:07-cv-85-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb)


**1:07-cv-85 Notice has been electronically mailed to:**

**1:07-cv-85 Notice has been delivered by other means to:**

Dorian Wainer
SBI# 474316
Morris Community Correctional Center
300 Water Street
Dover, DE 19901

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/21/2007] [FileNumber=346556-0]
[8861c910f34327eeff3bfa0a3fb0f2c9a5431442d93033e30f8ed136ec988db29f36
7a6248b8726fdf9529820cc0206b3ae4e732ce823276c0d065392776e6dd]]