OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 4, 2007

TO:

Dorian Wainer
SBI# 474316
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

    **RE:  Return of Undeliverable Mail**
          **CA 07-85 \*\*\***

Dear Sir:

    The Clerk's Office is in receipt of the above referenced papers returned by the U.S. Postal Service, (enclosed herewith). Please be advised that it is your responsibility to notify the Court of any change of address. Failure to keep the Court updated regarding your current address could result in dismissal of your pending civil case.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                               Sincerely,

/rwc

                                               PETER T. DALLEO
                                               CLERK

enc.