To: Peter T. Dalleo, Clerk U.S. District Court

From: DORIAN WAINER / Civil Action No 07-85 plaintiff

Subject: Requesting new type p of payble commitment

Date: April 23, 2007

I, DORIAN D. WAINER the plaintiff in Civil Action No. 07-85 the authorization form was destroyed beyond repair to return to the Court because it was mailed to three state institutions until this form caught up with me. The plaintiff is requesting a new type of authorization form that states, I myself is obligated to pay $5 dollars per month, starting immediately after your response to this legal request, until the $350 dollars is rendered to the Court. And not commit my inmate trust account, but to commit me as responsible party. Court because if not then this particular institution will not let me order any commissary, excluding hygiene products until the $350 dollars fee is payed. Please United States District do not do this, and honor this legal request

I UNDER THE PENALTY OF PERJURY DECLARE THAT ABOVE IS TRUE TO MY BEST KNOWLEDGE

FILED
APR 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

*Dorian D. Wainer*
PLAINTIFF SIGNATUR

I/M: Orion Shnee BLDG: HU-3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Legal
Personal Mail
Special

U.S. POSTAGE PB 22330370
$00.390   APR 24 07
             19947

Peter T. Dalleo, Clerk, U.S. District Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570