In The United States District Court
For The District Of Delaware

DORIAN WAINER
Plaintiff

v.

PAUL SWEIRZBINSKI

Civil Action No 07-85 ***

FILED
MAY - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Notice Of Motion

Comes, Now pro-se, Motion for Motion Plaintiff Payable Commitment to be heard at the courts earliest convenience

COURT OF CLERK: Please forward a copy to: Hon. Mary Pat Thynge

May 1, 2007
DATE

Dorian D Wainer
00474316
Sussex Correctional Inst.
P.O. Box 500
Georgetown, Delaware
19947

In The United States District Court For
The District Of Delaware

DORIAN D. WAINER
V.

Paul Sweirzbinski

Civil Action No. 07-85 ***

FILED
MAY -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Plaintiff As Payable Commitment

Comes Now the petitioner, DORIAN WAINER, pro se and moves this Honorable Court to grant this motion for the following reasons.

I, DORIAN WAINER the plaintiff in action No. above, is in possession of your new authorization form, And in which 4-23-07 I asked the Court not to commit my inmate trust account But to commit me. Court stated that I did not have any assets. Well Court I found assets. Both my living parents are retired professionals in their fields. I am the only child and they have recently agreed to help me pay 5, or 10 dollars per month until 350 dollars filing fee is rendered. NOTE: Court my PARENTS HAVE PLENTY ASSETS; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ In return of your response to this motion please, please indicate how ▓▓▓ much is your PARTIAL Filing FEE and I will return FUNDS in that amount within 30 days of your response to me. Honorable Mary Pat Thynge please, please grant this motion because this particular institution policy will not let me go to commissary until the 350 dollars is payed they I will freeze my account. Consider this I'm Diabetic, with High blood pressure and I do not want to get upset or worry because this will effect me medically.

In The United States District Court
For The District Of Delaware

| | |
|---|---|
| DORIAN WAINER | Continued Motion |
| v. | Civil Action No 07-85 |
| Paul SWEIRZBINSKI | |

## Continued Motion

I UNDER THE PENALTY OF PERJURY DECLARE THAT ATTACHED IS TRUE AND CORRECT TO MY BEST KNOWLEDGE

*Dorian D Wainer*
PLAINTIFF SIGNATURE

# Certificate Of Service

I, DORIAN D WAINER have served the following parties below

Peter T. Dalleo
Clerk U.S.
District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570

HONORABLE: Mary Pat Thynge
U.S. Magistrate Judge
District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570

Come now on us 1 day of May 2007

Dorian D Wainer
PLAINTIFF SIGNATURE

I/M: Omar Shull BLDG: HU-3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Civil
Federal
Index
Mail

United States District Court
Office Of The Clerk
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570