IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIAN WAINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-85-*** |
| | ) |
| PAUL SWEIRZBINSKI, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this __11__ day of May, 2007, plaintiff, Dorian Wainer, having been ordered on February 22, 2007, to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed, and instead responding to the order by asking that he be allowed to make payment directly to the clerk of the court (D.I. 5, 10);

IT IS ORDERED that, on or before **June 10, 2007**, plaintiff shall show cause why he did not submit the authorization form as ordered in the court's February 22, 2007 order so that the agency (i.e., Delaware Correctional Center) having custody of him can forward payments from his prison account to the clerk of the court, and why he should be relieved of the statutory requirements under 28 U.S.C. § 1915(b).

Honorable Mary Pat Thynge<br>
U.S. Magistrate Judge