In The United States District Court
For The District Of Delaware

DORIAN WAINER
    PLAINTIFF,

V.

Paul SWEIRZBINSKI
    DEFENDANT

Civil Act No. 07-85

## Notice Of Motion

Comes Now pro'se, Motion; Motion To Show Cause _____ at the court earliest convenience

FILED

MAY 25 2007

RG scanned

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

May 23, 2007
DATE

Dorian Wainer

SBI: 00474 316
Sussex Correction Inst.
P.O. Box 500
Georgetown, Delaware
    19947

_In The United States District Court
In The District Of Delaware_

DORIAN D WAINER ,

        v.

PAUl SWEIRZBinski ,

          * * * * * * * * * *

Action No. _07, 85_

**MOTION FOR** : _Motion To Show Cause_

**COMES NOW**, the petitioner, _DORIAN D. WAINER_ , pro se
and moves this Honorable Court to grant this writ for the following reasons:

Honorable tribunal attached is my balance of April, May 2007 inmate account Exhibit A, B, which shows that I recieve over a hundred dollars each month from my Mother, or Father; why should I be relieved of statutory requirements under 28 u.s.c§1915 (B) is upon honoring this motion I will then return a check for $150 dollars and four payments each month at $45 per mo. and one last payment at 10 dollars a total of five months the duration of my encarcerated time here at SCI. If the court imposes its authorization form the will not recieve full filing fee's NOTE. I will not be incarcerated Honorable Court please grant this motion, or I hope it pleases the Court that I figured a legitiment way financially to respect the court; This way the court will recieve full monies that is do, before my time of release

**WHEREFORE**, due to the foregoing reasons, the petitioner requests that this motion ~~suit~~ be granted and an order issued for his release. ~~→~~ from statutory requirents under
28 usc § 1915 (B) and honor this motion

Dated: _May 21 2007_

_Dorian D Wainer_
Sussex Correctional Institution
SVOP/SWRU
23207 Dupont Blvd
Georgetown, DE 19947

# Certificate Of Service

I DORIAN D. WAINER, have served the following parties below

Under the penalty of perjury I declare above facts are true and correct

Office of the Clerk
United States District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware!
     19 801-3570

Comes ▮ now on this 23 day of May 2007

Dorian D. Wainer
Signature Of Movant

# Current Month -- Individual Statement

Date Printed: 4/13/2007

Page 1 of 1

## For Month of April 2007    *ExhIBIT A*

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $53.06 |
|---|---|---|---|---|---|---|
| 00474316 | WAINER | DORIAN | D | | | |

Current Location:    PRE-TRIAL UNIT 3

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 4/4/2007 | ($23.75) | $0.00 | $0.00 | $0.00 | $29.31 |
| Mail MO *CARl WAINER* | | 4/9/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $49.31 |
| Mail MO *Carl WainER* | | 4/9/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $99.31 |
| Mail MO *CaRl WAINER* | | 4/9/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $149.31 |
| Commissary | | 4/11/2007 | ($3.54) | $0.00 | $0.00 | $0.00 | $145.77 |
| Copies | | 4/12/2007 | $0.00 | $0.00 | ($3.00) | $0.00 | $145.77 |
| Postage | | 4/12/2007 | $0.00 | $0.00 | ($0.42) | $0.00 | $145.77 |
| Mail MO | OLEY ARNOLD | 4/12/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $195.77 |
| Pay-To | VAC | 4/13/2007 | ($50.00) | $0.00 | $0.00 | $0.00 | $145.77 |
| Pay-To | VAC | 4/13/2007 | ($10.00) | $0.00 | $0.00 | $0.00 | $135.77 |
| | | | | | Ending Mth Balance: | | $135.77 |

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($3.42)

*Exhibit B*

## Current Month -- Individual Statement

Date Printed: 5/16/2007                                     Page 1 of 1

### For Month of May 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $216.89 |
|---|---|---|---|---|---|---|
| 00474316 | WAINER | DORIAN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 5/2/2007 | ($6.98) | $0.00 | $0.00 | $0.00 | $209.91 |
| Mail MO | OLEY ARNOLD | 5/3/2007 | $105.00 | $0.00 | $0.00 | $0.00 | $314.91 |
| Copies | | 5/3/2007 | $0.00 | $0.00 | ($4.25) | $0.00 | $314.91 |
| Postage | | 5/3/2007 | $0.00 | $0.00 | ($1.19) | $0.00 | $314.91 |
| Pay-To | FLOWERS IN BLOOM P | 5/7/2007 | ($17.00) | $0.00 | $0.00 | $0.00 | $297.91 |
| Mail MO | OLEY ARNOLD | 5/7/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $347.91 |
| Commissary | | 5/9/2007 | ($20.23) | $0.00 | $0.00 | $0.00 | $327.68 |
| Copies | | 5/15/2007 | $0.00 | $0.00 | ($0.50) | $0.00 | $327.68 |
| Mail MO | OLEY ARNOLD | 5/15/2007 | $30.00 | $0.00 | $0.00 | $0.00 | $357.68 |
| Commissary | | 5/16/2007 | ($7.73) | $0.00 | $0.00 | $0.00 | $349.95 |
| | | | | | Ending Mth Balance: | | $349.95 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.94)

*The Business Office still does not have the $50.00 VAC Pay-to you are referring to also MR. WAINER MAINTAINS OVER A 100 Dollars monthly*

I/M: John S. Mandee  BLDG: Hill-3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Legal Mail
To Federal Civil Court

Office of the Clerk
United States District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570