IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIAN WAINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-85-*** |
| | ) |
| PAUL SWEIRZBINSKI, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this __11__ day of June, 2007, plaintiff, Dorian Wainer, having failed to show cause why he should be allowed to submit monies directly to the clerk of the court to pay his partial filing fee instead of returning an authorization form as ordered by the court and as is required of all other inmate plaintiff litigants (D.I. 12);

IT IS ORDERED that plaintiff shall complete and return an authorization form within 30 days from the date of this order or his case will be transferred to a U.S. District Court Judge for dismissal.

Honorable Mary Pat Thynge
U.S. Magistrate Judge