## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DORIAN WAINER
_____
Plaintiff/s

V.

PAUL SWEIRZBINSKI
_____
Defendant/s

STATE OF DELAWARE

COUNTY OF New Castle

\* \* \* \* \* \* \* \* \* \* \* \*

Civil Action #: 07-85

FILED

JUL 10 2007

RG scm

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AFFIDAVIT**

I, DORIAN WAINER _____, being duly sworn, deposes and says:

United State District Court through this legal affidavit I would like to proceed with filing fee's be committed by myself I have found definite assets. My father and Mother have agreed to help me pay filing fee's completely until payment is rendered at small amounts each month

*Dorian D. Blaine*

Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Subscribed and sworn before me this ___3___ day of July _____, 2007.

*Dorian D. Blaine*

I/M: _Susan Skinner_ BLDG: _Key South_
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

_Federal
Legal Mail_

Office of the Clerk
United States District Court
For the US
844 N. King Street
Wilmington, Delaware
19801