IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DORIAN WAINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 07-85-*** | |
| | ) | |
| PAUL SWEIRZBINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this _14_ day of July, 2007;

On June 11, 2007, the court ordered plaintiff, Dorian Wainer, to complete and return an authorization form within 30 days from the date of this order or his case would be transferred to a U.S. District Court Judge for dismissal. Rather than return the authorization form, plaintiff submitted an affidavit that his parents have agreed to make small payments each month until the filing fee is paid in full. (D.I. 14.) The Clerk's Office does not accept partial filing fee payments unless the payments are for prisoners who proceed *in forma pauperis* **and** the payments are from the agency having custody of the prisoner as allowed under 28 U.S.C. § 1915(b).

IT IS ORDERED that plaintiff shall, within 30 days from the date of this order, either pay the $350.00 filing fee in full or return the authorization form as previously ordered. **Failure to comply with this order shall result in the transfer of this case to a U.S. District Court Judge for dismissal.**

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge